UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH ARUANNO, | |
| Plaintiff, | Civil Action No. 09-3368 (SRC) |
| v. | **O R D E R** |
| MR. STEVE JOHNSON, et al., | (CLOSED) |
| Defendants. | |

The Court having screened the complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. § 1915(e)(2); and for the reasons set forth in the opinion filed herewith;

It is on this ___ day of _____, 2010,

ORDERED that Plaintiff's complaint is hereby dismissed, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted; within 45 days from the date this order is entered, Plaintiff may move to reopen his case, attaching to any such motion a proposed amended complaint which addresses the deficiencies of the complaint as stated in the opinion accompanying this order; and it is further

ORDERED that the Clerk of the Court shall close this case.

STANLEY R. CHESLER
United States District Judge